■

COMMONWEALTH of Pennsylvania,
Respondent

v.

Robert BARNETT, Petitioner.

Supreme Court of Pennsylvania.

Feb. 6, 2014.

■

COMMONWEALTH of Pennsylvania,
Respondent

v.

Samuel CASTILLO, Petitioner.

Supreme Court of Pennsylvania.

Feb. 6, 2014.

### ORDER

PER CURIAM.

AND NOW, this 6th day of February 2014, the Petition for Allowance of Appeal is **GRANTED,** the Superior Court's decision is **VACATED,** and the matter is **RE-MANDED** to the common pleas court for further proceedings consistent with *Commonwealth v. Holmes,* 79 A.3d 562 (Pa. 2013).

### ORDER

PER CURIAM.

AND NOW, this 6th day of February 2014, the Petition for Allowance of Appeal is **GRANTED,** the Superior Court's decision is **VACATED,** and the matter is **RE-MANDED** to the common pleas court for further proceedings consistent with *Commonwealth v. Holmes,* 79 A.3d 562 (Pa. 2013).